UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 SEP 26 PM 2: 56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 05-20267-Ml |
| vs. | ) | |
| | ) | |
| DECARLOS RODGERS | ) | |
| | ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have <u>Decarlos Rodgers, DOB: 09/29/1978, R&I# 240219</u>, now being detained in the Shelby County Penal Farm appear before the Honorable Diane K. Vescovo for Friday, September 30, 2005 @ 2:00 p.m. for initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 26th day of September, 2005.

_____
DAVID N. PRITCHARD
Assistant U. S. Attorney

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application, DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN., SHERIFF/WARREN, SHELBY COUNTY PENAL FARM, MEMPHIS, TN.

YOUR ARE HEREBY COMMANDED to have <u>Decarlos Rodgers, DOB: 09/29/1978, R&I# 240219</u>, appear before the Honorable Diane K. Vescovo at the date and time aforementioned.

ENTERED this 26th day of September, 2005.

_____
Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-26-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CR-20267 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT