# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | * Criminal No. 05-20267 MI |
| DECARLOS RODGERS, | * |
| Defendant. | * |

**MOTION GRANTED**
Jon P. McCalla
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
Dec. 16, 2005
DATE

## MOTION FOR CONTINUANCE

Defendant, by counsel and moves this Court to continue this case. As grounds for this motion counsel for Defendant would say that counsel needs additional time to prepare and that counsel has filed a motion for mental evaluation of Defendant.

Consequently, Defendant request an additional forty-five (45) days on this matter.

Respectfully submitted,

Scottie O. Wilkes (17616)
Attorney for Defendant
212 Adams
Memphis, Tennessee 38103
(901) 522-1200

## CERTIFICATE OF SERVICE

I, Scottie O. Wilkes, attorney for the Defendant, do hereby certify that a copy of the foregoing Motion For a Mental Evaluation has been delivered to Assistant U. S. Attorney David Pritchard, 167 N. Main, Ste. 800, Memphis, Tennessee 38103 that 14/15 day of December 2005.

This document entered on the docket sheet in compliance with Rule 55 an 1/or 32(b) FRCrP on 12-19-05

23

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CR-20267 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Stephen P. Jones
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main
Ste 800
Memphis, TN 38103

Scottie O. Wilkes
KYLES & ASSOCIATES, PC
200 Jefferson Avenue
Ste. 850
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT