MI

FILED BY
DEC 16 2005

FILED ... CAS ... D.C.
2005 DEC 15 AM 10:09

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | Criminal No. 05-20267 MI |
| DECARLOS RODGERS, | * | MOTION GRANTED  /s/ J.P. McCalla |
| Defendant. | * | JON PHIPPS  U.S. DISTRICT  Dec. 16, 2005  DATE |

## MOTION FOR A MENTAL EVALUATION

Comes now Defendant, by and through counsel, and moves this Court for an order have Defendant psychiatrically evaluate the Defendant to determine:

1.  Whether the Defendant is capable of advising with counsel in the preparation of his defense in the above styled cause.

2.  Whether the Defendant suffers from such mental deficiencies and/or psychiatric disorders as would preclude the defendant from being able to make rational and intelligent decisions.

3.  Whether the Defendant suffered from a mental illness or defect at the time of the commission of the offense. If so,

    (a) whether that illness was such as to prevent him from appreciating the wrongfulness of his act;

    (b) was the mental illness such as to render him substantially incapable of conforming his conduct to the requirements of the law.

12-19-05



In support of this motion, counsel for the defendant would show that based on his representation of the defendant and information that he has gathered, a psychiatric evaluation is necessary.

Respectfully submitted,

**KYLES & ASSOCIATES, P.C.**

Scottie O. Wilkes (17616)
Attorney for Defendant
212 Adams
Memphis, Tennessee 38103
(901) 522-1200

## CERTIFICATE OF SERVICE

I, Scottie O. Wilkes, attorney for the Defendant, do hereby certify that a copy of the foregoing Motion For a Mental Evaluation has been delivered to Assistant U. S. Attorney David Pritchard, 167 N. Main, Ste. 800, Memphis, Tennessee 38103 that _____ day of December 2005.

Scottie O. Wilkes

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20267 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Stephen P. Jones
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main
Ste 800
Memphis, TN 38103

Scottie O. Wilkes
KYLES & ASSOCIATES, PC
200 Jefferson Avenue
Ste. 850
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT