IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC 16 PM 3:33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> VS ) <br> ) <br> DECARLOS RODGERS ) <br> ) <br> Defendant. ) <br> ) | CR. NO. 05-20267-M1 |

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause was set for a Detention Hearing on Friday, December 16, 2005, at 10:30 A.M. Counsel for defendant requested a continuance of the Report Date which is set Tuesday, December 20, 2005 at 9:00 A.M. The continuance is necessary to allow the defendant to be examined as to his mental competency.

The Court granted the request and continued the trial date to April 3, 2006, at 9:30 a.m. with **a report date of Friday, March 24, 2006, at 9:00 a.m.** The Court denied the defendant's Motion to Set Bail as moot.

The period from January 13, 2006, through April 14, 2006, is excludable under 18 U.S.C. § 3161(h)(1)(A) to allow defendant to undergo a mental evaluation.

**IT IS SO ORDERED** this the 16 day of December, 2006.

JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-19-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CR-20267 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Stephen P. Jones
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main
Ste 800
Memphis, TN 38103

Scottie O. Wilkes
KYLES & ASSOCIATES, PC
200 Jefferson Avenue
Ste. 850
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT